AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

FILED
At Albuquerque NM

JUN 2 8 2012

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>The proceeds, contents and any U.S. currency contained in PayPal ID2134715410788573880 "retiredfedofficer" in the name Richard Stack | ) ) ) ) ) ) | Case No.  12-MR-518 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Central_____ District of _____California_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The proceeds, contents and any U.S. currency contained in PayPal ID2134715410788573880 "retiredfedofficer" in the name Richard Stack.

See attachment to this warrant for further instructions.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  22 July 12
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  12 Jun 12  1322 Hrs        _____

W. DANIEL SCHNEIDER
City and state: ALBUQUERQUE, NEW MEXICO        UNITED STATES MAGISTRATE JUDGE
                                                 *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.: 12--MR-518 | Date and time warrant executed: 6/13/12 | Copy of warrant and inventory left with: Sent to eBay via https://lers.corp.ebay.com |

Inventory made in the presence of:
  Returned via United States Postal Service

Inventory of the property taken:

Wells Fargo Bank issued check #105799 for the amount of $671.25 dated 6/21/12 for Paypal INC c/o eBay from Richard Stack's (Paypal account).

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/28/12

_Executing officer's signature_

Joseph Schmitt, Special Agent, USSS ABQRO
*Printed name and title*